UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/11/2019____

LYNETTE TATUM-RIOS, Individually and on behalf of
all other persons similarly situated,

                          Plaintiff,

            -against-

CONDE NAST ENTERTAINMENT LLC,

                          Defendant.

19 Civ. 9621 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

        The Court having been advised that all claims asserted herein have been settled in
principle, ECF No. 12, it is ORDERED that the above-entitled action be and is hereby dismissed
and discontinued without costs, and without prejudice to the right to reopen the action within
thirty days of the date of this Order if the settlement is not consummated.

        Any application to reopen must be filed <u>within thirty days</u> of this Order; any application
to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the
Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must
submit the settlement agreement to the Court within the same thirty-day period to be so-ordered
by the Court.  Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will
not retain jurisdiction to enforce a settlement agreement unless it is made part of the public
record.

        Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is
directed to close the case.

        SO ORDERED.

Dated: December 11, 2019
        New York, New York

_____
            ANALISA TORRES
        United States District Judge